447 A.2d 644

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Submitted May 22, 1981. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.